IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STANFORD NIELSON,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, ET AL.,<br>      Defendants. | Case No. 2:14-cv-052<br><br>District Judge Dee Benson |

  Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on December 2, 2014, recommending that the district court grant Defendants' motion in part and dismiss Plaintiff's intentional infliction of emotional distress claim and discrimination claims against the individual defendants, and deny Defendant's motion in part, allowing Plaintiff's discrimination claims to proceed against Defendant Wells Fargo Bank, NA.

  The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

  De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Defendants' motion to dismiss is granted in part and denied in part.

Signed January 9, 2015.

BY THE COURT

District Judge Dee Benson