IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STANDFORD NIELSON,<br><br>                Plaintiff,<br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-00052-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on July 28, 2016, recommending that the Court dismiss Plaintiff's claims of intentional infliction of emotional distress as to Defendants Wells Fargo Bank, N.A. and Michael Pazzi, but not as to Defendants Phillip Meeks and Brent Scherzinger.  (Dkt. No. 43.)  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving the Report and Recommendation.  *See* Fed. R. Civ. P. 72(b)(2).  Neither party has filed an objection.

      Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Defendants' Motion for Judgment on the Pleadings is GRANTED IN PART AND DENIED IN PART.  Plaintiff's claims of intentional infliction of emotional distress as to Defendants Wells Fargo bank, N.A., and Michael Pazzi are DISMISSED.

DATED this the 17th Day of August, 2016.

                                          By the Court:

                                          _____
                                          Dee Benson
                                          United States District Judge